**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EUGENE E. ESPINOZA,

Plaintiff,

v.

PRISON HEALTH SERVICES, SALLY HANSON, PRAIRIE CORRECTIONAL FACILITY, HOYT BRILL, CORRECTIONS CORPORATION OF AMERICA, DR. R. CRANTS, STATE OF WISCONSIN, DR. GEORGE M. DALEY, and JON E. LITSCHER,

Defendants.

Civil No. 00-1949 (JRT/ESS)

**ORDER**

The above-entitled matter comes before the Court upon Defendants Litscher and Daley's Motion for Extension of Time in which to file an answer in the above-entitled matter. The Court finds that good cause has been shown and therefore,

**IT IS HEREBY ORDERED that:**

Defendants' motion [Docket No. 9] is granted, and Defendants Litscher and Daley shall have until November 15, 2000, to serve and file an answer in the above-entitled matter.

Dated: Oct. 17, 2000

E. S. SWEARINGEN
United States Magistrate Judge

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK