**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EUGENE ESPINOZA,

Plaintiff,

v.

PRISON HEALTH SERVICES, SALLY HANSON, PRAIRIE CORRECTIONAL FACILITY, HOYT BRILL, CORRECTIONS CORPORATION OF AMERICA, DR. R. CRANTS, STATE OF WISCONSIN, DR. GEORGE M. DALEY, and JON E. LITSCHER,

Defendants.

Civil No. 00-1949 (JRT/ESS)

**ORDER**

The above-entitled matter comes before the Court upon Defendant George M. Daley and Defendant Jon E. Litscher's Motion for Extension of Time in which to file dispositive motions in the above-entitled matter. In a separate Report and Recommendation to Judge John R. Tunheim issued this same date, the Court recommended that Plaintiff's action be dismissed. Therefore, Defendants' motion is moot.

**IT IS HEREBY ORDERED that:**

1. Defendant George M. Daley and Defendant Jon E. Litscher's motion [Docket No. 31] is **DENIED**.

Dated: July 31, 2001

E. S. SWEARINGEN
United States Magistrate Judge

FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________