# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eugene Espinoza

Plaintiff

v.

Prison Health Services, Sally Hanson, Prairie Correctional Facility, Hoyt Brill, Corrections Corporation of America, Dr. R. Crants, State of Wisconsin, Dr. George M. Daley and Jon E. Litscher

Defendants

Case No. Civil 00-1949 JRT/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion to dismiss by Defendant Hoyt Brill, Defendant Dr. R. Crants, Defendant Prairie Corrections Facility and Defendant Corrections Corporation of America is granted. Defendant State of Wisconsin's motion to dismiss is granted. The motion for summary judgment by Defendant Sally Hanson and Defendant Prison Health Services is granted and this action is dismissed.

DATE: August 27, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk